Dated: 11/29/2017

*Marian F. Harrison*
US Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:  }  | Case No. 14-00124 |
| TYRONE DONNELL HOLCOMB  } | |
| LATOYA NICKCOLE HOLCOMB  } | Chapter 13 |
| 1060 KENNESAW BLVD, APT. 1215  } | |
| GALLATIN, TN 37066  } | |
| SSN: xxx-xx-4435  } | |
| SSN: xxx-xx-7695  } | Judge Marian F. Harrison |
| }  | |
| Debtors.  } | |

### AGREED ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN

This matter came before the Court on November 15, 2017, on the Trustee's Objection to the Debtors' Motion to Modify Chapter 13 Plan. As evidenced by the signatures below, it is hereby AGREED and ORDERED as follows:

1. The Debtors shall be permitted to modify their Chapter 13 plan

2. The Debtors' Chapter 13 plan shall be $210.00 bi-weekly.

3. The dividend to general unsecured creditors shall be 8%.

4. The base shall be $29,252.21 increased by future tax refunds.

5. Any creditors who have received funds in excess of the guaranteed minimum dividend shall not be required to return any funds to the Trustee and or the Debtors and the Trustee shall not be required to seek a refund of any amounts paid to creditors in excess of the guaranteed minimum dividend.

6. There shall be no other changes in treatment to other secured creditors.

7. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ James A. Flexer
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2017.11.27 15:41:30 -06'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
(615) 244-1101
fax: (615) 242-3241
pleadings@ch13nsh.com

# CERTIFICATE OF SERVICE

I hereby certify that on Monday, November 27, 2017 I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

<u>Electronic</u>
Sam Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
TYRONE DONNELL HOLCOMB
LATOYA NICKCOLE HOLCOMB
1060 KENNESAW BLVD, APT. 1215
GALLATIN, TN 37066


3 notices have been served. I have mailed 1 notice.


        /s/ James A. Flexer
        James A. Flexer

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.